**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| TRAVIS D. IVORY, ET AL. | CIVIL ACTION NO. 03-2102 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SOPHIA BURNS, ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Attorneys' Fees and Costs (Record Document 48) is **DENIED.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 1st day of March, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE